# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:     Case No.  14-16777-RBR

Rohan Waite,     Chapter    13

_____Debtor_____/

## FINAL REPORT OF MORTGAGE MODIFICATION MEDIATOR

The undersigned court-appointed mortgage modification mediator, reports to the Court as follows:

**A.** The final Mortgage Modification Mediation ("MMM") conference was conducted on _____, 2015 and the following parties were present:

1. [ ] The Debtor and Debtor's attorney.
2. [ ] The co-obligor/co-borrower/or other third party.
3. [ ] The Lender's representative and Lender's attorney.
4. [ ] Other:

**B.** The final MMM conference was scheduled for March 2, 2015, but not conducted for the following reason:

1. [X] The parties settled prior to attending.
2. [ ] The case was dismissed.
3. [ ] The Debtor or [ ] Debtor's attorney failed to attend.
4. [ ] The Lender's representative or [ ] Lender's attorney failed to attend.
5. [ ] Other: _____.

**C.** The result of the MMM conference is as follows:

1. [X] The parties reached an agreement.
2. [   The parties did not reach an agreement.

Dated: February 17, 2015

　　　　　　　　　　　　　　　　　　　　_/s/:Stacy H. Bressler____
　　　　　　　　　　　　　　　　　　　　Stacy H. Bressler, Esq.
　　　　　　　　　　　　　　　　　　　　8201 Peters Road, Suite 1000
　　　　　　　　　　　　　　　　　　　　Plantation, FL 33324
　　　　　　　　　　　　　　　　　　　　Telephone: (954) 557-5526
　　　　　　　　　　　　　　　　　　　　email: sbressler@aol.com

Copies to:
all parties to mediation