

**ORDERED in the Southern District of Florida on February 18, 2015.**

Raymond B. Ray, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                 Case No. 14-16777-RBR
Rohan Waite

        Debtor(s)
_____/

**ORDER GRANTING MOTION TO APPROVE LOSS MITIGATION**
**AGREEMENT WITH OCWEN LOAN SERVICING LLC**

This matter came before the Court:

☒     On the Debtor's Ex Parte Motion to Approve Loss Mitigation Agreement
with Ocwen Loan Servicing, LLC ("Lender").

☐     For hearing on _____ upon Self-Represented Debtor's
Motion to Approve Loss Mitigation Agreement with Lender.

LMM-LF-14 (rev. 12/01/13)

The Court, having considered the motion and being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1. The Motion to Approve Loss Mitigation Agreement is granted.

2. The parties are authorized to take any and all necessary actions to effectuate the terms of the Agreement.

3. [For chapter 13 cases] The Debtor shall amend/modify the last filed chapter 13 plan on or before March 1, 2015 to provide for the payment.

4. The Court reserves jurisdiction to enforce the terms of the Agreement and this Order.

###

Debtor [or Debtor's attorney] shall serve a conformed copy of this Order upon all parties of interest and shall file a Certificate of Service in accordance with Local Rule 2002-1(F).

LMM-LF-14 (rev. 12/01/13)