IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN THE MATTER OF:

Rohan Waite,                                              CASE NO.: 14-16777-RBR
                                                          CHAPTER 13

                     **Debtor**
_____

**DEBTOR'S MOTION TO MODIFY
CONFIRMED CHAPTER 13 BANKRUPTCY PLAN**

      **COMES NOW**, the Debtor, Rohan Waite, by and though his undersigned counsel, and moves this Court for an Order Granting his Motion to Modify his Confirmed Chapter 13 Plan and in support would state as follows:

1. On March 25, 2014, the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code. Robin Weiner is the duly appointed Trustee (the "Trustee") for the Debtor's bankruptcy estate.

2. On July 24, 2014, a Motion for Referral to Loss Mitigation Mediation [ECF No. 28] was filed. An Order referring Debtor and Ocwen Loan Servicing, LLC to mediation was entered on August 18, 2014 [ECF 47].

3. Debtor has reached an agreement with Ocwen Loan Servicing, LLC through the LMM program.

4. The Loan Modification agreement requires the Debtor to pay his first modified payment by March 1, 2015 (month 13 of his Chapter 13 plan).

5. Debtor requests to modify his chapter 13 plan to reflect the approved modification payment to Ocwen Loan Servicing, LLC.

      **WHEREFORE**, the Debtor, Rohan Waite, prays that this Honorable Court grant the relief requested based on the aforementioned grounds.

      Dated this 4th day of March, 2015

Submitted by:
Loan Lawyers, LLC

/s/ Matis Abarbanel
Matis Abarbanel, Esq.
Attorney for Debtor
Florida Bar No. 130435
Rachamin Cohen, Esq.
Florida Bar No. 96305
Loan Lawyers, LLC.
2150 S. Andrews Avenue
Second Floor
Fort Lauderdale, FL 33316
Telephone: 954-523-4357
Fax: 954-581-2786
Email: rocky@floridaloanlawyers.com

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served by electronic notice or U.S. Mail to all parties on the attached Service List, this 4th day of March, 2015.

**SERVICE LIST**

**VIA ELECTRONIC**

Stacy Bressler, Esq.    sbressler@aol.com
Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
Nirvani D Singh    nsingh@rasflaw.com, bkyecf@rasflaw.com; twiden@rasflaw.com;cyates@rasflaw.com
Raychelle A Tasher    rtasher@rasflaw.com, bkyecf@rasflaw.com; tvales@rasflaw.com;cyates@rasflaw.com;twiden@rasflaw.com
Robin R Weiner    ecf@ch13weiner.com;ecf2@ch13weiner.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 14-16777-RBR<br>Southern District of Florida<br>Fort Lauderdale<br>Wed Mar  4 15:07:06 EST 2015 | US Bank National Association<br>c/o Anila Rasul Esq<br>6409 Congress Ave #100<br>Boca Raton, FL 33487-2853 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Cavalry Portfolio Serv<br>Po Box 27288<br>Tempe, AZ 85285-7288 |
| Cavalry SPV I, LLC as assignee of Bank of Am<br>Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-1340 | Dept Of Education/Neln<br>121 S 13th St<br>Lincoln, NE 68508-1904 | GMAC Mortgage Corporation<br>Attn: Customer Care<br>POB 4622<br>Waterloo, IA 50704-4622 |
| Gecrb/Dillards<br>Po Box 965024<br>Orlando, FL 32896-5024 | Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 19101-7346 | LVNV Funding, LLC its successors and assigns<br>assignee of Citibank (South Dakota),<br>N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| LVNV Funding, LLC its successors and assigns<br>assignee of GE Money Bank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lvnv Funding Llc<br>Po Box 10497<br>Greenville, SC 29603-0497 | Main Street Acquisition Corp assignee of DEL<br>CAPITAL GROUP LLC<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 |
| Main Street Acquisiton<br>2877 Paradise Rd Unit 30<br>Las Vegas, NV 89109-5236 | Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 | Ocwen Loan Servicing LLC<br>12650 Ingenuity Dr<br>Orlando, FL 32826-2703 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Portfolio<br>120 Corporate Blvd, Ste 100<br>Norfolk, VA 23502-4962 | Portfolio Recovery Ass<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502-4962 |
| Rjm Acquisitions Llc<br>575 Underhill Blvd, Suite 224<br>Syosset, NY 11791-4437 | Space Coast Credit Uni<br>8045 N Wickham Rd<br>Melbourne, FL 32940-7920 | The Viera Company<br>7380 Murrell Road<br>Suite 201<br>Melbourne, FL 32940-8130 |
| US Department of Education<br>US Department of Education c/o Nelnet<br>3015 South Parker Road Suite 400<br>Aurora, CO 80014-2904 | Matis H Abarbanel<br>Loan Lawyers, LLC<br>2150 S. Andrews Avenue<br>Second Floor<br>Ft. Lauderdale, FL 33316-3432 | Robin R Weiner<br>www.ch13weiner.com<br>POB 559007<br>Fort Lauderdale, FL 33355-9007 |
| Rohan Waite<br>9721 W Elm Lane<br>Hollywood, FL 33025-2358 | Stacy Bressler<br>8201 Peters Rd #1000<br>Plantation, FL 33324-3266 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank Of America<br>4161 Piedmont Pkwy<br>Greensboro, NC 27410 | Cap One<br>Po Box 85520<br>Richmond, VA 23285 | End of Label Matrix<br>Mailable recipients    28<br>Bypassed recipients     0<br>Total                  28 |