UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.:  14-16777-BKC-RBR
PROCEEDING UNDER CHAPTER 13

IN RE:

ROHAN WAITE
XXX-XX-4070

DEBTOR_____/

## TRUSTEE'S MOTION TO DISMISS AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING

**COMES NOW**, Robin R. Weiner, Standing Chapter 13 Trustee in the above-referenced bankruptcy case ("Trustee"), and files her Motion to Dismiss pursuant to 11 U.S.C. §1307(c) for the reason(s) set forth below:

1. A NOTICE OF PAYMENT CHANGE WAS FILED BY OCWEN LOAN (CLAIM#8.2)

**WHEREFORE**, your movant recommends it is in the best interest of the creditors and the estate that this petition under Chapter 13 be dismissed.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Trustee's Motion to Dismiss and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail and/or CM/ECF, upon the parties listed on the attached service list this 1st day of February, 2017.

*/s/ Robin R. Weiner*
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

MOTION TO DISMISS
CASE NO.:  14-16777-BKC-RBR

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
ROHAN WAITE
9721 W ELM LANE
HOLLYWOOD, FL  33025

**ATTORNEY FOR DEBTOR**
MATIS ABARBANEL, ESQUIRE
2150 S. ANDREWS AVENUE
SECOND FLOOR
FORT LAUDERDALE, FL  33317

**CREDITOR(S)**
ATLAS ACQUISITIONS LLC
294 UNION STREET
HACKENSACK, NJ  07601

BANK OF AMERICA, N.A.
4161 PIEDMONT PARKWAY
GREENSBORO, NC  27410

BECKET & LEE, LLP
POB 3001
MALVERN, PA  19355

CAPITAL ONE
POB 85520
RICHMOND, VA  23285

CAVALRY PORTFOLIO SERVICES, LLC
500 SUMMIT LAKE DRIVE
SUITE 400
VALHALLA, NY  10595

CAVALRY PORTFOLIO SERVICES, LLC
POB 27288
TEMPE, AZ  85282

GMAC
PO BOX 4622
ATTN: CUSTOMER CARE
WATERLOO, IA  50704-4622

MOTION TO DISMISS
CASE NO.: 14-16777-BKC-RBR

LOAN LAWYERS, LLC
2150 S. ANDREWS AVENUE
SECOND FLOOR
FT. LAUDERDALE, FL  33316

LVNV FUNDING, LLC
C/O RESURGENT CAPITAL SERVICES
POB 10587
GREENVILLE, SC  29603-0587

MIDLAND FUNDING LLC
POB 4457
HOUSTON, TX  77210-4457

NELNET ON BEHALF OF US DEPT OF EDUCATION
C/O US DEPT OF EDUCATION
3015 SOUTH PARKER ROAD, SUITE 400
AURORA, CO  80014-2904

OCWEN LOAN SERVICING, LLC
1661 WORTHINGTON ROAD
SUITE 100
WEST PALM BEACH, FL  33409

OCWEN LOAN SERVICING, LLC
C/O CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL  32301

PORTFOLIO RECOVERY ASSOC LLC
120 CORPORATE BLVD
SUITE 100
NORFOLK, VA  23502

RJM ACQUISITIONS, LLC
575 UNDERHILL BOULEVARD
SUITE 224
SYOSSET, NY  11791

ROBERTSON, ANSHUTZ & SCHNEID
6409 CONGRESS AVENUE, SUITE 100
BOCA RATON, FL  33487

MOTION TO DISMISS
CASE NO.: 14-16777-BKC-RBR

RONALD FARIS, PRESIDENT
1661 WORTHINGTON RD, SUITE 100
OCWEN LOAN SERVICING, LLC
WEST PALM BEACH, FL  33409

SPACE COAST CREDIT UNION
8045 N WICKHAM ROAD
MELBOURNE, FL  32940

U.S. DEPARTMENT OF EDUCATION
POB 740283
ATLANTA, GA  30374-0283

US BANK NATIONAL ASSOCIATION
C/O ROBERTSON, ANSCHUTZ & SCHNEID, PL
6409 CONGRESS AVE, STE 100
BOCA RATON, FL  33487