**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

**IN THE MATTER OF:**
Rohan Waite                                    CASE NO.: 14-16777-RBR
                                               **Chapter 13**

_____**Debtor**_____

### MOTION TO REINSTATE CHAPTER 13 CASE WITH CERTIFICATION OF FUNDS

**COMES NOW** the Debtor, Rohan Waite, by and through the undersigned counsel and files this Motion to Reinstate his chapter 13 bankruptcy, and in support thereof would state as follows:

1. The Debtor filed for Chapter 13 protection on March 25, 2014.
2. On February 21, 2017, an Order granting Trustee's Motion to Dismiss was entered [ECF No. 92].
3. Debtor received various pieces of correspondence, including a Notice of Mortgage Payment Change, correspondence from the Trustee, and correspondence from the undersigned office regarding the Notice of Mortgage Payment Change and the Trustee's request which unfortunately confused Debtor regarding his responsibilities. Debtor was unsure as to whether he was responsible for remitting funds in an increased amount to the Trustee or directly to his Lender. As a result, Debtor failed to address his lender's Notice of Mortgage Payment Change.
4. Debtor seeks to reinstate his case to complete his Plan of reorganization. Debtor will file a Motion to Modify his Chapter 13 Plan to account for the increases in payment to his lender.

### CERTIFICATION OF FUNDS

5. Pursuant to Local Rule 9013-1(E), the undersigned attorney certifies that the Debtor has provided the undersigned office with funds in the amount of $1,567.00.
6. The funds provided to the attorney are sufficient to bring the plan current and reinstate this case as of the date of filing of this Motion.

**WHEREFORE**, the Debtor, Rohan Waite, respectfully requests that this Honorable Court Vacates the Order of Dismissal and Reinstates his Chapter 13 case.

Dated this 7th day of March, 2017.

>Submitted by:
>Loan Lawyers, LLC
>
>_/s/ Matis H. Abarbanel_
>Matis H. Abarbanel, Esq.
>Attorney for Debtor
>Florida Bar No. 130435
>Rachamin Cohen, Esq.
>Florida Bar No. 96305
>Loan Lawyers, LLC.
>2150 S. Andrews Avenue
>Second Floor
>Fort Lauderdale, FL 33316
>Telephone: 954-523-4357
>Fax: 954-581-2786
>Email: rocky@fight13.com

**CERTIFICATE OF SERVICE**

I, Matis H. Abarbanel, Attorney for Debtor, Rohan Waite, hereby certify that on March 7, 2017, I electronically filed the Motion for Reinstatement with the United States Bankruptcy Court for the Southern District of Florida using the CM/ECF System. I have served the foregoing documents on the following CM/ECF participants:

    ERIN M BRADFORD   EBRADFORD@KASSLAW.COM
    STACY BRESSLER, ESQ.    SBRESSLER@AOL.COM
    AUDREY J. DIXON, ESQ.   AUDREY.DIXON@RASFLAW.COM,
    BKYECF@RASFLAW.COM;
    RAS@ECF.COURTDRIVE.COM
    LARRY M FOYLE, ESQ   BANKRUPTCYNOTICES@KASSLAW.COM,
    LFOYLE@ECF.COURTDRIVE.COM
    SETH J GREENHILL   SGREENHILL@RASFLAW.COM,
    BKYECF@RASFLAW.COM;RAS@ECF.COURTDRIVE.COM
    CAN GUNER   CGUNER@RASMONITOR.COM, BKYECF@RASFLAW.COM;
    RAS@ECF.COURTDRIVE.COM
    OFFICE OF THE US TRUSTEE   USTPREGION21.MM.ECF@USDOJ.GOV
    NIRVANI D SINGH   NIRVANI@NSINGHLAW.COM
    ROBIN R WEINER   ECF@CH13WEINER.COM;ECF2@CH13WEINER.COM

I certify March 7, 2017, I have mailed via first-class mail, postage prepaid, the documents electronically filed with the Court on the parties listed on the attached matrix.

    Submitted by:
    Loan Lawyers, LLC

     /s/ Matis H. Abarbanel
    Matis H. Abarbanel, Esq.
    Attorney for Debtor
    Florida Bar No. 130435
    Rachamin Cohen, Esq.
    Florida Bar No. 96305
    Loan Lawyers, LLC.
    2150 S. Andrews Avenue
    Telephone: 954-523-4357
    Fax: 954-581-2786
    Email: rocky@fight13.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 14-16777-RBR<br>Southern District of Florida<br>Fort Lauderdale<br>Tue Mar  7 17:36:10 EST 2017 | US Bank National Association<br>6409 Congress Ave #100<br>Boca Raton, FL 33487-2853 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Cavalry Portfolio Serv<br>Po Box 27288<br>Tempe, AZ 85285-7288 |
| Cavalry SPV I, LLC as assignee of Bank of Am<br>Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-1340 | Dept Of Education/Neln<br>121 S 13th St<br>Lincoln, NE 68508-1904 | GMAC Mortgage Corporation<br>Attn: Customer Care<br>POB 4622<br>Waterloo, IA 50704-4622 |
| Gecrb/Dillards<br>Po Box 965024<br>Orlando, FL 32896-5024 | Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 19101-7346 | LVNV Funding, LLC its successors and assigns<br>assignee of Citibank (South Dakota),<br>N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| LVNV Funding, LLC its successors and assigns<br>assignee of GE Money Bank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lvnv Funding Llc<br>Po Box 10497<br>Greenville, SC 29603-0497 | Main Street Acquisition Corp assignee of DEL<br>CAPITAL GROUP LLC<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 |
| Main Street Acquisiton<br>2877 Paradise Rd Unit 30<br>Las Vegas, NV 89109-5236 | Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 | Ocwen Loan Servicing LLC<br>12650 Ingenuity Dr<br>Orlando, FL 32826-2703 |
| Ocwen Loan Servicing, LLC<br>Attn: Bankruptcy Department<br>PO Box 24605<br>West Palm Beach, FL 33416-4605 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Portfolio<br>120 Corporate Blvd, Ste 100<br>Norfolk, VA 23502-4952 |
| Portfolio Recovery Ass<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502-4952 | Rjm Acquisitions Llc<br>575 Underhill Blvd, Suite 224<br>Syosset, NY 11791-3416 | Space Coast Credit Uni<br>8045 N Wickham Rd<br>Melbourne, FL 32940-7920 |
| The Viera Company<br>7380 Murrell Road<br>Suite 201<br>Melbourne, FL 32940-8130 | US Department of Education<br>US Department of Education c/o Nelnet<br>3015 South Parker Road Suite 400<br>Aurora, CO 80014-2904 | Matis H Abarbanel<br>2150 S. Andrews Avenue 2nd Floor<br>Ft. Lauderdale, FL 33316-3432 |
| Robin R Weiner<br>www.ch13weiner.com<br>POB 559007<br>Fort Lauderdale, FL 33355-9007 | Rohan Waite<br>9721 W Elm Lane<br>Hollywood, FL 33025-2358 | Stacy Bressler<br>8201 Peters Rd #1000<br>Plantation, FL 33324-3266 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank Of America<br>4161 Piedmont Pkwy<br>Greensboro, NC 27410 | Cap One<br>Po Box 85520<br>Richmond, VA 23285 | End of Label Matrix<br>Mailable recipients    29<br>Bypassed recipients     0<br>Total                  29 |